## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**R.G., as guardian and on behalf of**
**J.H., a minor,**

    **Plaintiff,**

**v.**                                                                   **No. 19-cv-0543 GJF/SMV**

**SOCORRO CONSOLIDATED SCHOOL**
**DISTRICT,**

    **Defendant.**

## **ORDER TO FILE CLOSING DOCUMENTS**

Counsel for Defendant notified the Court by telephone on March 11, 2020, that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **May 11, 2020**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**